1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| SANDY MORFORD, HARESH SATIANI, and RENOVO SOLUTIONS LLC, | Case No. SACV11-00090 AG (RNBx) |
| Petitioners, | JUDGMENT |
| vs. | |
| COHR, INC., D/B/A MASTERPLAN, | Date Action Filed:   January 18, 2011<br>Trial Date:            Not Yet Set |
| Respondents. | |

18

19    On April 5, 2011, the Court ordered Respondent Cohr, Inc. dba Masterplan to

20  arbitrate its claims against Petitioners and dismissed the action.  Based on this

21  dismissal, JUDGMENT IS HEREBY ENTERED in favor of Petitioners Sandy

22  Morford, Haresh Satiani, and Renovo Solutions, LLC and against Respondent Cohr,

23  Inc.

24  Dated:  April 21, 2011

Hon. Andrew J. Guilford
Judge, United States District Court

25
26
27
28